**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JUAN CARLOS AGUILAR MENDEZ and JOEL AGUILAR MENDEZ, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:10-cv-3589-WSD |
| MOSSY OAK LANDSCAPE GROUP, INC. and JEFFREY ALLEN CROUCH, | |
| Defendant. | |

## DEFAULT JUDGMENT

The defendants MOSSY OAK LANDSCAPE GROUP, INC. and JEFFREY ALLEN CROUCH, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, William S. Duffey, United States District Judge, by order of August 17, 2011, having directed that judgment issue in favor of plaintiffs and against the defendants, it is hereby

**ORDERED AND ADJUDGED**, that the plaintiff JUAN CARLOS AGUILAR MENDEZ , recover from the defendants MOSSY OAK LANDSCAPE GROUP, INC. and JEFFREY ALLEN CROUCH, the amount of $1,857.25 in unpaid overtime compensation; $1,857.25 in liquidated damages; and $4,145.21 in costs and attorney's fees for a total judgment against Defendant in the amount of $7,859.71.

**ORDERED AND ADJUDGED**, that the plaintiff JOEL AGUILAR MENDEZ, recover from the defendants MOSSY OAK LANDSCAPE GROUP, INC. and JEFFREY ALLEN CROUCH, the amount of $10,080.00 in unpaid overtime compensation; $10,080.00 in liquidated damages; and $4,145.21 in costs and attorney's fees; for a total judgment against Defendants in the amount of $24,305.21.

Dated at Atlanta, Georgia this 17th day of August, 2011.

JAMES N. HATTEN
CLERK OF COURT

By:  /s/ K. Thornton
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   August 17, 2011
James N. Hatten
Clerk of Court

By: /s/ K. Thornton
Deputy Cler