IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN CARLOS AGUILAR MENDEZ and JOEL AGUILAR MENDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MOSSY OAK LANDSCAPE GROUP, INC. and JEFFREY ALLEN CROUCH,<br><br>Defendants. | Civil Action Number:<br>1:10-CV-03589-WSD |

## SATISFACTION OF JUDGMENT

Plaintiffs Juan Carlos Aguilar Mendez and Joel Aguilar Mendez, by and through the undersigned counsel, show that Defendants have satisfied the Judgment [Dkt. 10] in the instant case through tender of the sums due thereunder.

Respectfully submitted,

DELONG, CALDWELL, BRIDGERS
& FITZPATRICK, LLC

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375
Charles R. Bridgers
Georgia Bar No. 080791

3100 Centennial Tower
101 Marietta Street, N.W.         COUNSEL FOR PLAINTIFFS
Atlanta, GA 30303-2720
(404) 979-3150
Kevin.fitzpatrick@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JUAN CARLOS AGUILAR MENDEZ and JOEL AGUILAR MENDEZ, | : : : | |
| Plaintiffs, | : : | Civil Action Number: 1:10-CV-03589-WSD |
| vs. | : : | |
| MOSSY OAK LANDSCAPE GROUP, INC. and JEFFREY ALLEN CROUCH, | : : : : | |
| Defendants. | | |

### CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the date shown above, he filed the within and foregoing **Satisfaction of Judgment** using the CM/ECF system, which will automatically send notification to all counsel of record.

Respectfully submitted,

>DELONG, CALDWELL, BRIDGERS
>&FITZPATRICK, LLC
>
>*s/ Kevin D. Fitzpatrick, Jr.*
>Kevin D. Fitzpatrick, Jr.
>Georgia Bar No. 262375

3100 Centennial Tower
101 Marietta Street, N.W.   COUNSEL FOR PLAINTIFFS
Atlanta, GA  30303-2720
(404) 979-3150
Kevin.fitzpatrick@dcbflegal.com